1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                         EASTERN DISTRICT OF CALIFORNIA
7
    JACK CABADA,                          )     1:07-cv-00709-OWW-TAG-HC
8                                         )
                    Petitioner,           )
9                                         )     ORDER GRANTING
          v.                              )     IN FORMA PAUPERIS STATUS
10                                        )
    FRESNO SUPERIOR COURT,                )
11                                        )
                    Respondent.           )
12  _____)
13
14        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
    pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
15
    proceed *in forma pauperis*.  The petition will be screened in due course.
16
17
    IT IS SO ORDERED.
18
    Dated:   **May 18, 2007**                         _____
19  _____                                            **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28